AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Michelle Beninda<br><br>*Plaintiff(s)*<br>v.<br>Onshore Construction and Development, Inc.,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  26-cv-80165-Cannon |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Onshore Construction and Development, Inc.
  112 Intracoastal Pointe Drive
  Jupiter, FL 33477

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Bryan Arbeit
  Morgan & Morgan, P.A.
  8151 Peters Road, Fl. 4
  Plantation, FL 33324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 18, 2026



Angela E. Noble
Clerk of Court

s/ C. A. Weech
Deputy Clerk
U.S. District Courts

SUMMONS